UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIO DELORBE,

                                        Plaintiff,

                    -v-

CITY OF NEW YORK, et al.,

                                        Defendants.

---

21 Civ. 2062 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 1, 2022, the Court was advised by the mediator in this action that the parties had settled all claims in this action. Dkt. 17. The same day, the Court issued an order dismissing the action and advising the parties that, if they wish for the Court to maintain jurisdiction for the purposes of enforcing any settlement agreement, they must submit it within 30 days, and that any such agreement must be made part of the public record. Dkt. 18.

On March 31, 2022, the parties submitted a proposed stipulation and order indicating that they wish for the Court to maintain jurisdiction over the enforcement for the settlement agreement. Dkt. 20. But the parties have not submitted the terms of the settlement agreement as part of the public record. The parties are directed to do so by April 6, 2022, if they wish the Court to maintain jurisdiction over its enforcement.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: April 4, 2022
       New York, New York